UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN TORRES,<br>　　　　Petitioner,<br>　　v.<br>MICHAEL BITER, Warden,<br>　　　　Respondent. | Case No. 18-cv-04723-DMR (PR)<br><br>**ORDER REASSIGNING CASE** |

　　All named parties, including unserved Respondents, must consent before a magistrate judge has jurisdiction under 28 U.S.C. § 636(c)(1) to hear and decide a case. *See Williams v. King*, 875 F.3d 500, 501, 504 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge). It appears that this case requires a decision dispositive of Respondent or claims at this time, and consent of all parties has not been obtained. Accordingly, the Clerk shall reassign this case to a district judge pursuant to the Court's assignment plan.

　　IT IS SO ORDERED.

Dated: October 30, 2018

DONNA M. RYU
United States Magistrate Judge